# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In a Chapter 7 Proceeding |
| | ) | Case No. 12 B 08977 |
| JAMES P. PIECZONKA and LUCY PIECZONKA, | ) | Judge: Carol A. Doyle |
| Debtors | ) | Hearing Date: March 29, 2012 |

## NOTICE OF FILING

To: Frances Gecker, Trustee, 325 North LaSalle Street, Suite 625, Chicago, IL 60654, by electronic notice through EFC;

Patrick S. Layng, U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604, by electronic notice through ECF;

James P. Pieczonka and Lucy Pieczonka, Debtors, 4322 Hammersmith Lane, Glenview, IL 60026, by regular mail; and

Joseph E. Cohen, Attorney for Debtors, Cohen & Krol, 105 W. Madison, Ste. 1100, Chicago, IL 60602, by electronic notice through ECF

**YOU ARE HEREBY NOTIFIED** that on **March 29, 2012** at **10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Carol A. Doyle** in **Courtroom 742** of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, IL and then and there present **Ben Franklin Bank of Illinois's Motion for Relief from Automatic Stay**, a copy of which is hereby served upon you., and which was electronically filed with the Clerk of the U.S. Bankruptcy Court on **March 14, 2012.**

## CERTIFICATION

I hereby certify that the foregoing Notice and Motion for Relief from Stay was served electronically through the court's electronic mailing system listed above as indicated, and by mailing a true and correct copy of the same to the person listed above as indicated by depositing same in the mailbox at 321 N. Clark Street, Chicago, Illinois 60654 on March 14, 2012.

Dated: March 14, 2012                     Respectfully submitted,
                                          BEN FRANKLIN BANK OF ILLINOIS,

Christopher M. Novy #6237783              By: s/ Carly D. Berard
Carly D. Berard # 6289044                     One of its attorneys
ROCK FUSCO & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 494-1000
(312) 494-1001 facsimile

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In a Chapter 7 Proceeding |
| | ) | Case No. 12 B 08977 |
| JAMES P. PIECZONKA and LUCY PIECZONKA, | ) | Judge: Carol A. Doyle |
| Debtors | ) | Hearing Date: 3.29.12 |

**MOTION OF BEN FRANKLIN BANK OF ILLINOIS
FOR RELIEF FROM AUTOMATIC STAY**

BEN FRANKLIN BANK OF ILLINOIS ("Ben Franklin"), a secured party herein, by and through its attorneys, ROCK FUSCO & CONNELLY, LLC, hereby moves this Court pursuant to Section 362 of the United States Bankruptcy Code to modify the automatic stay in order to permit Cole Taylor to complete a foreclosure of its mortgage on a certain improved real estate owned by Debtor, and in support thereof states as follows:

1. This motion is brought pursuant to §§ 362(d) and 363(e) of the Bankruptcy Code (11 U.S.C. §§101, et seq.). This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(G) and (O).

2. Debtors commenced this proceeding on or about March 7, 2012 by filing a voluntary petition under Chapter 7 of the Bankruptcy Code.

3. Schedule F of the schedules filed by Debtors incorrectly lists Ben Franklin as a creditor holding an unsecured nonpriority claim. In fact, Ben Franklin is a secured creditor by virtue of a certain Mortgage dated February 28, 2006, securing a certain loan and Promissory Note dated February 28, 2006 in the original principal amount of 136,800.00, made to Debtor James P. Pieczonka. The Mortgage is secured by the property commonly known as 7720 W. Touhy Ave., Unit E, Chicago, Illinois 60631 (the "Property"), which Mortgage was recorded in

the Office of the Cook County Recorder of Deeds on March 24, 2006 as Document No. 060802139.

4. The Property also secures a Junior Mortgage dated August 28, 2009, which secures a certain loan and Commercial Promissory Note dated August 28, 2009 in the original principal amount of $50,000.00, made to Debtor James P. Pieczonka. The Junior Mortgage was recorded in the Office of the Cook County Recorder of Deeds on November 6, 2009 as Document No. 0931049005.

5. On November 2, 2010, Ben Franklin filed an action to foreclose the Mortgage and Junior Mortgage in the Circuit Court of Cook County, Case No. 10 CH 47413. Copies of the Mortgage and Junior Mortgage are attached hereto as Exhibit A. Pursuant to this action, a judgment of foreclosure and sale was entered on November 30, 2011. On January 23, 2012 a judicial sale of the Property was conducted, and Ben Franklin was the highest bidder at sale. Ben Franklin was scheduled to present its Motion to Confirm Judicial Sale and Award Possession (the "Motion") in Case No. 10 CH 47413 on March 8, 2012, however, due to the filing of Debtors' Chapter 7 Petition on March 7, 2012, Ben Franklin's Motion had to be withdrawn. As such, Debtor James P. Pieczonka remains in possession of the Property, and the automatic stay in place must be lifted in order for Ben Franklin to confirm the sale and obtain an order of possession as to the Property.

6. As of March 7, 2012, the deficiency owed Ben Franklin after the Sale of the Property was $72,830.01, as listed in Schedule F of Debtors' Petition.

7. Accordingly, the Property is encumbered by the aforementioned Mortgage and Junior Mortgage liens in favor of Ben Franklin, which have total outstanding principal amounts in excess of the current market value of the Property.

12. The Property has no equity remaining with respect to Debtors and said Property is not necessary to effectuate reorganization; as this case is filed under Chapter 7 of the Bankruptcy Code.

13. Moreover, based on the foregoing, Ben Franklin lacks adequate protection.

14. Just cause exists for granting relief from the automatic stay pursuant to § 362 of the Bankruptcy Code in order to allow Ben Franklin to proceed with confirmation of the judicial sale of the Property.

WHEREFORE, Ben Franklin Bank of Illinois, respectfully requests this Court enter an Order modifying and granting relief from the automatic stay herein in order to permit Ben Franklin to confirm the judicial sale Debtor James P. Pieczonka's Property known as 7720 W. Touhy Ave., Unit E, Chicago, Illinois 60631, and to otherwise protect and enforce its rights and remedies thereunder, and/or granting such other and further relief as this Court deems just and equitable.

Respectfully submitted,

BEN FRANKLIN BANK OF ILLINOIS

By: /s/ Carly D. Berard
    One of its Attorneys

Christopher M. Novy #6237783
Carly D. Berard #6289044
ROCK FUSCO & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
(312) 494-1000
(312) 494-1001 facsimile