B6A (Official Form 6A) (12/07)

In re  James P. Pieczonka,  Case No. __12-08977__
      Lucy Pieczonka
                                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4322 Hammersmith lane, Glenview, IL | Fee simple | J | 650,000.00 | 0.00 |
| 7720 W. Touhy, Unit D, Chicago, IL 60631 | | H | 225,000.00 | 0.00 |
| 825 N. Milwaukee Avenue, Units Bc and 1C, Chicago, IL 60642 | | H | 200,000.00 | 0.00 |
| 5642 N. Ashland, Chicago, IL 60660 | 100% Ownership | H | 275,000.00 | 0.00 |
| Timeshare in Cancun | | J | 2,500.00 | 0.00 |
| Timeshare in Cabo San Luca | | J | 2,500.00 | 0.00 |

                                          Sub-Total >   1,355,000.00   (Total of this page)

                                          Total >   1,355,000.00

__0__ continuation sheets attached to the Schedule of Real Property

                                          (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  James P. Pieczonka,  
      Lucy Pieczonka

Case No. __12-08977__

,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on hand | J | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank checking account | H | 52.00 |
| | | | PNC Bank checking account | J | 2,270.78 |
| | | | Glenview State Bank checking account | J | 42.39 |
| | | | Scottrade account - joint with daughter | J | 536.30 |
| | | | Scottrade account | J | 71.58 |
| | | | Checking account at chase joint with Thomas Pieczonka (value -22.34) | J | 0.00 |
| | | | Chase Bank account - joint with son | J | 11.66 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >    3,034.71  
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re James P. Pieczonka, Lucy Pieczonka,           Case No. __12-08977__

Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Kitchen-<br>1 formica table with 6 chairs (1998)<br>1 Fridge, 1 dish washer, 1 microwave (2006)<br>Family Room-<br>1 Couch, 1 love seat, 1 recliner (1989)<br>1 TV 40 inch (2006) (not flat screen) and 1 DVD player<br>1 Coffee Table, 1 lamp table, 1 lamp<br>1 8X10 throw rug<br>Living Room-<br>1 Couch/2 side chairs/ 2 lamps/2 lamp tables/1 sofa table (1990)<br>Study-<br>1 desk/ 1 desk chair (1989)<br>Dining Room-<br>1 Table with chairs/hutch/1 buffet (1990)<br>Master Bedroom-<br>1 head/footboard with king matresses (1988)<br>1 bookcase/1 nightstand/1 lamp<br>1 dresser w/mirror and 1 tall dresser (1977)<br>1 30 inch TV (2005)-not flat screen, Built in DVD<br>Bedroom 2-<br>1 single bed with matresses and headboard<br>Bedroom 3-<br>1 single bed with mattresses with head/foot board (1988)<br>1 desk, 2 dressers<br>Bedroom 4-<br>1 full size bed frame (Matresses-Diana)<br>1 dresser, 1 bookcase<br>Basement-<br>1 pool table (damaged Cloth) paid $800 (2001?)<br>2 bar stools/1 coffee table/2 lamps/1 file cabinet/3 formica tables/1 washer/dryer/1 old step machine | J | 3,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. books and pictures | J | 100.00 |
| 6. | Wearing apparel. | | Normal wearing apparel | J | 500.00 |
| 7. | Furs and jewelry. | | Costume jewelry, wedding bands, watches | J | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Digital camera | J | 30.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | indpendant Order of Forresters - $150,000.00 whole policy | H | 10,215.05 |
| | | | | Sub-Total > (Total of this page) | 14,545.05 |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  James P. Pieczonka,
       Lucy Pieczonka
                                                                    Debtors,
Case No. __12-08977__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Law Offices of James P. Pieczonka, P.C-100% Shareholder<br>Future Reality Inc.-100% Shareholder<br>Thomas James Builders, Inc.-100% Shareholder<br>Sea Chicago Boat Charters-100% Shareholder<br>Thomas James Builders' Group, Inc.-48% Shareholder<br>7720 Touhy Development Corp-16.66% Shareholder<br>Express Cleaners, Inc.-100% Shareholder<br>Top Gun Construction, Co.-20% Shareholder | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Deborah Arneson - $5,703.52<br>Gigliotti Natural Stone Inc./John & Gino Gigliotti - $149,262.41<br>Thomas James Builders, Inc. - $271,536.00<br>Future Realty, Inc. - $1,600.00<br>Dan Mack - $1,525.00<br>Sea Chicago Boat Charters, Inc. - $4,500.00<br>Thomas James Builders Group, Inc. - $227,650.00<br>Cerda Nohemi - $450.00<br>Top Gun Construction Co. - $7,750.00 | J | 669,976.93 |

Sub-Total >      669,976.93
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  James P. Pieczonka,  
      Lucy Pieczonka                                    ,          Case No.   12-08977

Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Durango - 154,000 miles | J | 3,500.00 |
| | | 1997 Pontiac Bonneville | W | 1,000.00 |
| | | 2003 E320 Mercedes | W | 10,000.00 |
| | | 2002 Pontiac Grand Am - 103,000 miles | J | 4,000.00 |
| | | 1995 Pontiac Formula | W | 1,000.00 |
| 26. Boats, motors, and accessories. | | 1997 Chris Craft Crown - 32' and trailer | H | 25,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                                                  Sub-Total >     44,500.00  
                                                              (Total of this page)

Sheet   3   of   4   continuation sheets attached  
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re  James P. Pieczonka,  
      Lucy Pieczonka

Case No. __12-08977__

_____ ,  
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Cat | J | 10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    10.00  
(Total of this page)  
Total >    732,066.69

Sheet __4__ of __4__ continuation sheets attached  
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  James P. Pieczonka,
       Lucy Pieczonka,
                                                                        Debtors

Case No. __12-08977__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| <u>Real Property</u> | | | |
| 4322 Hammersmith lane, Glenview, IL | 735 ILCS 5/12-901 | 30,000.00 | 650,000.00 |
| <u>Checking, Savings, or Other Financial Accounts, Certificates of Deposit</u> | | | |
| PNC Bank checking account | 735 ILCS 5/12-1001(b) | 2,270.78 | 2,270.78 |
| Scottrade account - joint with daughter | 735 ILCS 5/12-1001(b) | 536.30 | 536.30 |
| <u>Household Goods and Furnishings</u><br>Kitchen-<br>1 formica table with 6 chairs (1998)<br>1 Fridge, 1 dish washer, 1 microwave (2006)<br>Family Room-<br>1 Couch, 1 love seat, 1 recliner (1989)<br>1 TV 40 inch (2006) (not flat screen) and 1 DVD player<br>1 Coffee Table, 1 lamp table, 1 lamp<br>1 8X10 throw rug<br>Living Room-<br>1 Couch/2 side chairs/ 2 lamps/2 lamp tables/1 sofa table (1990)<br>Study-<br>1 desk/ 1 desk chair (1989)<br>Dining Room-<br>1 Table with chairs/hutch/1 buffet (1990)<br>Master Bedroom-<br>1 head/footboard with king matresses (1988)<br>1 bookcase/1 nightstand/1 lamp<br>1 dresser w/mirror and 1 tall dresser (1977)<br>1 30 inch TV (2005)-not flat screen, Built in DVD<br>Bedroom 2-<br>1 single bed with matresses and headboard<br>Bedroom 3-<br>1 single bed with matresses with head/foot board (1988)<br>1 desk, 2 dressers<br>Bedroom 4-<br>1 full size bed frame (Matresses-Diana)<br>1 dresser, 1 bookcase<br>Basement-<br>1 pool table (damaged Cloth) paid $800 (2001?)<br>2 bar stools/1 coffee table/2 lamps/1 file cabinet/3 formica tables/1 washer/dryer/1 old step machine | 735 ILCS 5/12-1001(b) | 3,500.00 | 3,500.00 |
| <u>Wearing Apparel</u> | | | |
| Normal wearing apparel | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| <u>Interests in Insurance Policies</u> | | | |
| indpendant Order of Forresters - $150,000.00 whole policy | 215 ILCS 5/238 | 10,215.05 | 10,215.05 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

**B6C (Official Form 6C) (4/10) -- Cont.**

In re  James P. Pieczonka,  Case No. __12-08977__
      Lucy Pieczonka
                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Durango - 154,000 miles | 735 ILCS 5/12-1001(c) | 2,400.00 | 3,500.00 |
| 2003 E320 Mercedes | 735 ILCS 5/12-1001(c) | 2,400.00 | 10,000.00 |
| | 735 ILCS 5/12-1001(b) | 1,692.92 | |

                                                 Total:    53,515.05    680,522.13

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

**B6I (Official Form 6I) (12/07)**

In re James P. Pieczonka
Lucy Pieczonka
Debtor(s)

Case No. 12-08977

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): None. | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Attorney | |
| Name of Employer | Law Offices of James P. Pieczonka | PART TIME |
| How long employed | 28 years | |
| Address of Employer | 7720 W. Touhy, Chicago, IL 60631 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 2,804.00 | $ 167.50 |
| 8. Income from real property | $ 2,854.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 5,658.00 | $ 167.50 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 5,658.00 | $ 167.50 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,825.50 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re James P. Pieczonka
Lucy Pieczonka
Debtor(s)

Case No. 12-08977

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,908.00 |
| a. Are real estate taxes included? Yes ___ No X | | |
| b. Is property insurance included? Yes ___ No X | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 160.00 |
| b. Water and sewer | | $ 50.00 |
| c. Telephone | | $ 95.00 |
| d. Other  garbage, cable | | $ 50.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 150.00 |
| 6. Laundry and dry cleaning | | $ 30.00 |
| 7. Medical and dental expenses | | $ 135.00 |
| 8. Transportation (not including car payments) | | $ 520.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 70.00 |
| 10. Charitable contributions | | $ 5.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 129.00 |
| b. Life | | $ 61.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 221.83 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) Real estate Taxes | | $ 1,092.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other  Boat | | $ 422.71 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  Pets | | $ 20.00 |
| Other  Vehicle Maintence | | $ 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,769.54 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I — $ 5,825.50
b. Average monthly expenses from Line 18 above — $ 5,769.54
c. Monthly net income (a. minus b.) — $ 55.96

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: James P. Pieczonka, Lucy Pieczonka — Debtor(s)

Case No. 12-08977
Chapter 7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 24 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: April 11, 2012  
Signature: /s/ James P. Pieczonka  
James P. Pieczonka  
Debtor

Date: April 11, 2012  
Signature: /s/ Lucy Pieczonka  
Lucy Pieczonka  
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.