B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–08977**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James P. Pieczonka<br>4322 Hammersmith Lane<br>Glenview, IL 60026 | Lucy Pieczonka<br>4322 Hammersmith Lane<br>Glenview, IL 60026 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–1389                              xxx–xx–9422

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>June 27, 2012</u>                    <u>Kenneth S. Gardner, Clerk</u>
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                  Case No. 12-08977-CAD
James P. Pieczonka                                                      Chapter 7
Lucy Pieczonka
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1         User: wepps                 Page 1 of 3                   Date Rcvd: Jun 27, 2012
                             Form ID: b18                Total Noticed: 66
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2012.
```
db/jdb     +James P. Pieczonka,   Lucy Pieczonka,   4322 Hammersmith Lane,   Glenview, IL 60026-1072
18586504   ++ASPEN NATIONAL COLLECTIONS,   PO BOX 10689,   BROOKSVILLE FL 34603-0689
             (address filed with court: Aspen National Collections,   18110 Powell Rd,
             Brooksville, FL 34604)
18586501   +Allstate Insurance Co.,   c/o Liza Lorenzo,   6248 N Clark St,   Chicago, IL 60660-1202
18586505   +Associated Bank,   5439 Durand Ave.,   #100,   Racine, WI 53406-5058
18586508   +Banco Popular,   P. O. Box 4601,   Oak Park, IL 60303-4601
18586512   +Bank of America,   c/o Pierce & Associates PC,   1 North Dearborn, Suite 1300,
             Chicago, IL 60602-4321
18586513   +Ben Franklin Bank of Illinois,   830 E Kensington Rd.,   Arlington Heights, IL 60004-6397
18586515   +Blackwell recovery,   4725 N Scottsdale Rd,   Suite 300,   Scottsdale, AZ 85251-7629
18586516   +Blatt,Hasenmiller, Leibsker & Moore,   125 S. Wacker Dr.,   Suite 400,   Chicago, IL 60606-4440
18586517   +Blitt and Gaines PC,   661 Glenn Ave.,   Wheeling, IL 60090-6017
18586522   +Chase Bank, USA, NA.,   131 South Dearborn Street,   5th Floor,   Chicago, IL 60603-5571
18586525   +Client Services Inc,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
18586530   +Diana Pieczonka,   2440 N. Southport,   Chicago, IL 60614-2123
18586535   +Fay's Marina Inc.,   909 Pine Lake Ave,   La Porte, IN 46350-2324
18586537   +Global Acceptance Credit Co., LP,   5850 W Interstate 20, Ste 100,   Arlington, TX 76017-1071
18586538   +Gomberg, Sharfman, Gold & Ostler PC,   208 S LaSalle St.,   Suite 1410,   Chicago, IL 60604-1071
18586539   +Gracjan and Maryla Wozniakowski,   1740 Evergreen Ln,   Park Ridge, IL 60068-1104
18586540   +GreenChoice Bank,   5225 W 25th St,   Cicero, IL 60804-3308
18586541    GreenChoice Bank,   5225 W 26th St,   Cicero, IL 60804
18586542   +Heilingoetter & Associates,   Parkway Towers,   4777 N Harlem Rd,
             Harwood Heights, IL 60706-4637
18586544   +John C. Bonewicz PC,   8001 N Lincoln,   Suite 402,   Skokie, IL 60077-3657
18586545   +Key Bank USA N.A.,   P.O. Box 94981,   Cleveland, OH 44101-4981
18586546   +Liberty Bank for Savings,   2392 N Milwaukee Ave,   Chicago, IL 60647-2979
18586549   +MRS Associates of New Jersey,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
18586548    Michael Pieczonka,   825 W. Milwaukee,   Unit 2R,   Chicago, IL 60642
18586551    NCB Management Services Inc,   PO Box 1099,   Audubon, PA 19407
18586552   +NCB Management Services, Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
18586550   +National Association of Realtors,   Marketing Dept.,   30700 Russell Ranch Road,
             Thousand Oaks, CA 91362-6399
18586553   +Ottenheimer Teplinsky Rosenbloom,   750 Lake Cook Rd,   Suite 140,   Buffalo Grove, IL 60089-2071
18697428   +PEOPLES GAS LIGHT AND COKE CO,   130 E RANDOLPH DRIVE,   CHICAGO, IL 60601-6203
18586554    Peoples Gas,   Chicago, IL 60687-0001
18586555    Phillips & Cohen Accos., Ltd.,   Mail Stop: 629,   1002 Justison St.,   Wilmington, DE 19801-5148
18586556    Phillips & Cohen Assoc., Ltd.,   Mail Stop: 629,   1002 Justison St.,   Wilmington, DE 19801-5148
18586558   +Pueblo Bonito Sunset Beach,   PO Box 150,   Scottsdale, AZ 85252-0106
18586562   +RVC Members LLC,   Concord Servicing Corp,   4725 N Scottsdale Rd Ste 300,
             Scottsdale, AZ 85251-7629
18586559    Raintree Vacation Club,   PO Box 29352,   Phoenix, AZ 85038-9352
18586560   +Rock Fusco & Connelly LLC,   321 N Clark St,   Suite 2200,   Chicago, IL 60654-4614
18586563   +Saxon,   4700 Mercantile Drive,   Fort Worth, TX 76137-3605
18586564   +Scott Lowery Law Office PC,   1422 East 71st Street,   Tulsa, OK 74136-5077
18586566    United Recovery Systems LP,   URS No: 1638074-VB-7745,   5800 North Concourse Dr,
             Houston, TX 77072
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QFGECKER.COM Jun 28 2012 00:28:00     Frances Gecker,   325 North LaSalle Street,
             Suite 625,   Chicago, IL 60654-6465
18586503    EDI: ARSN.COM Jun 28 2012 00:28:00      ARS National Services Inc.,   PO Box 463023,
             Escondido, CA 92046-3023
18586500   +EDI: ALLIANCEONE.COM Jun 28 2012 00:28:00      Alliance One Receivables Mngmt,
             4850 Street Rd, Suite 300,   Feasterville Trevose, PA 19053-6643
18586502    EDI: AMEREXPR.COM Jun 28 2012 00:28:00      American Express,   PO Box 297879,
             Fort Lauderdale, FL 33329-7879
18987327   +EDI: ATLASACQU.COM Jun 28 2012 00:28:00      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
18586509    EDI: BANKAMER.COM Jun 28 2012 00:28:00      Bank of America,   PO Box 15026,
             Wilmington, DE 19850-5026
18586511    EDI: BANKAMER.COM Jun 28 2012 00:28:00      Bank of America,   PO Box 15710,
             Wilmington, DE 19886-5710
18586519    EDI: CHASE.COM Jun 28 2012 00:28:00      Chase,   PO Box 15548,   Wilmington, DE 19886-5548
18586520   +EDI: CHASE.COM Jun 28 2012 00:28:00      Chase,   PO Box 659409,   San Antonio, TX 78265-9409
18586521   +EDI: CHASE.COM Jun 28 2012 00:28:00      Chase Bank One,   Card Member Services,   P.O. Box 15153,
             Wilmington, DE 19886-5153
18586523   +EDI: CITICORP.COM Jun 28 2012 00:28:00      Citi/Home Depot,   PO Box 653095,
             Dallas, TX 75265-3095
18586524   +EDI: CITICORP.COM Jun 28 2012 00:28:00      Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
18586526   +EDI: COLLECTCORP.COM Jun 28 2012 00:28:00      Collectcorp,   PO Box 101928,   Dept. 4947A,
             Birmingham, AL 35210-6928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
18586527      E-mail/Text: legalcollections@comed.com Jun 28 2012 00:48:01      ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
18586529     +EDI: CCS.COM Jun 28 2012 00:28:00      Credit Collection Services,    Two Wells Avenue,
              Newton Center, MA 02459-3246
18586531      EDI: DISCOVER.COM Jun 28 2012 00:28:00      Discover,    PO Box 15156,    Wilmington, DE 19885-5156
18586536     +E-mail/Text: bankruptcy@gsb.com Jun 28 2012 00:51:56      Glenview State Bank,    800 Waukegan Rd,
              Glenview, IL 60025-4310
18586543      EDI: HFC.COM Jun 28 2012 00:28:00      HSBC Bank Nevada NA,    Dept 9600,
              Carol Stream, IL 60128-9600
18586547     +EDI: LTDFINANCIAL.COM Jun 28 2012 00:28:00      LTD Financial Services LP,
              7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2053
18586557      E-mail/Text: bankruptcy@proconsrv.com Jun 28 2012 00:50:26      Pro Consulting Services Inc,
              PO Box 66768,    Houston, TX 77266-6768
18586565      EDI: STFM.COM Jun 28 2012 00:28:00      State Farm Bank,    PO Box 2326,
              Bloomington, IL 61702-2326
18586518      EDI: USBANKARS.COM Jun 28 2012 00:28:00      Cardmember Service,    Credit Risk Management,
              PO Box 6353,    Fargo, ND 58125-6353
18586532      EDI: USBANKARS.COM Jun 28 2012 00:28:00      Elan Financial Services,    PO Box 108,
              Saint Louis, MO 63166-9801
18586569     +E-mail/Text: BKRMailOps@weltman.com Jun 28 2012 00:51:05      Weltman Weinberg & Reis Co. LPA,
              180 N LaSalle, Suite 2400,    Chicago, IL 60601-2704
18586567     +E-mail/Text: BKRMailOps@weltman.com Jun 28 2012 00:51:05      Weltman Weinberg & Reis Co. LPA,
              175 South 3rd St, Suite 900,    Columbus, OH 43215-5177
18586568      E-mail/Text: BKRMailOps@weltman.com Jun 28 2012 00:51:06      Weltman Weinberg & Reis Co. LPA,
              PO Box 93596,    Cleveland, OH 44101-5596
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18586506*    +Associated Bank,    5439 Durand Ave.,    #100,    Racine, WI 53406-5058
18586507*    +Associated Bank,    5439 Durand Ave.,    #100,    Racine, WI 53406-5058
18586510*    +Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
18586514*    +Ben Franklin Bank of Illinois,    830 E Kensington Rd,    Arlington Heights, IL 60004-6397
18586528*     ComEd,    Bill Payment Center,    Chicago, IL 60668-0001
18586561*    +Rock Fusco & Connelly LLC,    321 N Clark St,    Suite 2200,    Chicago, IL 60654-4614
18586534*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    P.O. Box 108,    Saint Louis, MO 63166-9801)
18586533*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    PO Box 108,    Saint Louis, MO 63166-9801)
                                                                                     TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2012**            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: wepps             Page 3 of 3              Date Rcvd: Jun 27, 2012
                              Form ID: b18            Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2012 at the address(es) listed below:

          Carly Berard   on behalf of Creditor  Ben Franklin Bank of Illinois cberard@rockfuscollc.com
          Frances Gecker    fgecker@fgllp.com,
          fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Francisco Connell   on behalf of Creditor  Banco Popular North America fconnell@chuhak.com,
          kgord@chuhak.com
          Joseph E Cohen    on behalf of Debtor James Pieczonka jcohen@cohenandkrol.com,
          jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Lydia Y Siu   on behalf of Creditor  Saxon Mortgage Services lsiu@atty-pierce.com,
          northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Raymond J Ostler   on behalf of Creditor  Green Choice Bank, FSB rostler@gsgolaw.com
                                                                                 TOTAL: 7