# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

James P. Pieczonka
Lucy Pieczonka

Debtor(s)

Case No.: 12 B 08977
Chapter: 7
Hearing Date: 6/18/14

Judge Carol A. Doyle

## NOTICE OF MOTION

**TO:** Frances Gecker, Interim Trustee, 325 North LaSalle Street, Suite 625, Chicago, IL 60654 by electronic notice through ECF
James P. Pieczonka and Lucy Pieczonka, Debtor(s), 4322 Hammersmith Lane, Glenview, IL 60026
Joseph Cohen, Attorney for Debtor(s), 105 West Madison Street, Suite 1100, Chicago, IL 60602 by electronic notice through ECF
\*\*\* SEE ATTACHED SERVICE LIST \*\*\*

PLEASE TAKE NOTICE that on the 6/18/14, at 10:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Carol A. Doyle, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 742, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear is you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on June 6, 2014 and as to all other parties by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on June 6, 2014.

/s/ Maria Georgopoulos
Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-32048)**

NOTE: This law firm is deemed to be a debt collector.

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on June 6, 2014 and as to all other parties by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on June 6, 2014.

Frances Gecker, Interim Trustee, 325 North LaSalle Street, Suite 625, Chicago, IL 60654 by electronic notice through ECF
James P. Pieczonka and Lucy Pieczonka, Debtor(s), 4322 Hammersmith Lane, Glenview, IL 60026
Joseph Cohen, Attorney for Debtor(s), 105 West Madison Street, Suite 1100, Chicago, IL 60602 by electronic notice through ECF
*** SEE ATTACHED SERVICE LIST ***

    /s/ Maria Georgopoulos
Attorney for Movant

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-32048)**

NOTE: This law firm is deemed to be a debt collector.

SERVICE LIST

Alliance One Receivables Mngmt
4850 Street Rd, Suite 300
Feasterville Trevose, PA 19053

Allstate Insurance Co.
c/o Liza Lorenzo
6248 N Clark St
Chicago, IL 60660

American Express
P.O. Box 297879
Fort Lauderdale, FL 33329-7879

ARS National Services Inc.
P.O. Box 463023
Escondido, CA 92046-3023

Aspen National Collections
18110 Powell Rd
Brooksville, FL 34604

Associated Bank
5439 Durand Ave.
#100
Racine, WI 53406

Associated Bank
5439 Durand Ave.
#100
Racine, WI 53406

Associated Bank
5439 Durand Ave.
#100
Racine, WI 53406

Banco Popular
P. O. Box 4601
Oak Park, IL 60303

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
P.O. Box 15026
Wilmington, DE 19850

Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710

Bank of America
c/o Pierce & Associates PC
1 North Dearborn, Suite 1300
Chicago, IL 60602

Ben Franklin Bank of Illinois
830 E Kensington Rd
Arlington Heights, IL 60004

Blackwell recovery
4725 N Scottsdale Rd
Suite 300
Scottsdale, AZ 85251

Blatt,Hasenmiller, Leibsker & Moore
125 S. Wacker Dr.
Suite 400
Chicago, IL 60606

Blitt and Gaines PC
661 Glenn Ave.
Wheeling, IL 60090

Cardmember Service
Credit Risk Management
P.O. Box 6353
Fargo, ND 58125-6353

Chase
P.O. Box 15548
Wilmington, DE 19886-5548

Chase
P.O. Box 659409
San Antonio, TX 78265

Chase Bank One
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank, USA, NA.
131 South Dearborn Street
5th Floor
Chicago, IL 60603

Citi/Home Depot
P.O. Box 653095
Dallas, TX 75265-0370

Citibank
P.O. Box 6500
Sioux Falls, SD 57117

Client Services Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301

Collectcorp
P.O. Box 101928
Dept. 4947A
Birmingham, AL 35210-1928

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Diana Pieczonka
2440 N. Southport
Chicago, IL 60614

Discover
P.O. Box 15156
Wilmington, DE 19885-5156

Elan Financial Services
P.O. Box 108
Saint Louis, MO 63166-9801

Fay's Marina Inc.
909 Pine Lake Ave
La Porte, IN 46350

Glenview State Bank
800 Waukegan Rd
Glenview, IL 60025

Global Acceptance Credit Co., LP
5850 W Interstate 20, Ste 100
Arlington, TX 76017

Gomberg, Sharfman, Gold & Ostler, P.C.
208 S LaSalle St.
Suite 1410
Chicago, IL 60604

Gracjan and Maryla Wozniakowski
1740 Evergreen Ln
Park Ridge, IL 60068

GreenChoice Bank
5225 W 25th St
Cicero, IL 60804

Heilingoetter & Associates
Parkway Towers
4777 N Harlem Rd
Harwood Heights, IL 60706

HSBC Bank Nevada NA
Dept. 9600
Carol Stream, IL 60128-9600

Key Bank USA N.A.
P.O. Box 94981
Cleveland, OH 44101

SERVICE LIST

John C. Bonewicz, P.C.
8001 N Lincoln
Suite 402
Skokie, IL 60077

Liberty Bank for Savings
2392 N Milwaukee Ave
Chicago, IL 60647

LTD Financial Services LP
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

Michael Pieczonka
825 W. Milwaukee
Unit 2R
Chicago, IL 60642

MRS Associates of New Jersey
1930 Olney Ave
Cherry Hill, NJ 08003

National Association of Realtors
Marketing Dept.
30700 Russell Ranch Road
Thousand Oaks, CA 91362

NCB Management Services Inc
P.O. Box 1099
Audubon, PA 19407

NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

Ottenheimer Teplinsky Rosenbloom
750 Lake Cook Rd
Suite 140
Buffalo Grove, IL 60089

Phillips & Cohen Assoc., Ltd.
Mail Stop: 629
1002 Justison St.
Wilmington, DE 19801-5148

Pro Consulting Services Inc.
P.O. Box 66768
Houston, TX 77266-6768

Pueblo Bonito Sunset Beach
P.O. Box 150
Scottsdale, AZ 85252

Raintree Vacation Club
P.O. Box 29352
Phoenix, AZ 85038-9352

Rock Fusco & Connelly, LLC
321 N Clark St
Suite 2200
Chicago, IL 60654

RVC Members LLC
Concord Servicing Corp
4725 N Scottsdale Rd Ste 300
Scottsdale, AZ 85251

Saxon
4700 Mercantile Drive
Fort Worth, TX 76137

Scott Lowery Law Office PC
1422 East 71st Street
Tulsa, OK 74136

State Farm Bank
P.O. Box 2326
Bloomington, IL 61702-2326

United Recovery Systems LP
URS No: 1638074-VB-7745
5800 North Concourse Dr
Houston, TX 77072

Weltman Weinberg & Reis Co. LPA
175 South 3rd St, Suite 900
Columbus, OH 43215-5166

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

James P. Pieczonka
Lucy Pieczonka

Debtor(s)

Case No.: 12 B 08977
Chapter: 7
Hearing Date: 6/18/14
Judge Carol A. Doyle

## MOTION TO ABANDON PROPERTY OF THE ESTATE AND/OR REQUEST FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** LIBERTY BANK FOR SAVINGS (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §554(b) and F.R.B.P. 6007(b) for an Order abandoning property of the estate, and pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 4322 Hammersmith Lane, Glenview, IL 60026;

3. This security interest arose from a Note and Mortgage, executed on 12/8/2006, in the amount of $432,000.00;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 3/7/12;

5. Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

a. The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;

b. As of 05/20/2014, the Debtor(s) is/are contractually due for the 4/1/14 payment and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

c. As of 05/20/2014, the estimated default through and including 5/1/14 is $12,707.50, which includes attorney fees and costs in the amount of $926.00. Any payments received after this date may not be reflected in this default;

d. As of 05/20/2014, the estimated payoff amount is $718,166.02. The estimated fair market value of the property is $650,000.00, per Debtor's Schedules. That to the best of Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

e. The above is especially true when considering the cost of selling the property, as outlined below:

Fair Market Value: $650,000.00

Less Lien Payoff and Cost of Sale:
    Estimated Payoff: $718,166.02
    Payoff of Other Liens:
    Broker's Commission (6% of FMV): $39,000.00
    Other Closing Costs (estimated): $2,000.00
    Tax Pro-ration:

Net Proceeds of Sale: ($109,166.02)
(assuming no capital gains need to be paid)

(Please note: From these proceeds, Debtor(s) would be entitled to be paid $30,000.00 representing the homestead exemption)

7. The debtor has already received a discharge of this debt;

8. The Trustee has advised our office that she is not interested in marketing this property and the estate remains open as the Trustee is interested in other assets;

9. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein including:

| | |
|---|---|
| $750.00 | for Preparation of Notice and Motion for Abandonment of the Property of the Estate and/or Request for Relief from the Automatic Stay, and prosecution of same |
| $176.00 | for Court filing fee |

10. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

**WHEREFORE,** LIBERTY BANK FOR SAVINGS prays this Court for an Order pursuant to 11 U.S.C. §554(b) and F.R.B.P. 6007(b) abandoning property of the estate, and pursuant to 11 U.S.C. §362(d) for an Order modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this June 6, 2014.

Respectfully Submitted,

Codilis & Associates, P.C.

By:  /s/ Maria Georgopoulos

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-32048)**

NOTE: This law firm is deemed to be a debt collector.