UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 12-08977
James P. Pieczonka and Lucy Pieczonka )
) Chapter: 7
)
) Honorable Carol Doyle
)
)
Debtor(s) )

**Order Granting Motion for Relief from Stay**

THIS CAUSE coming to be heard on the motion of Liberty Bank for Savings, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and it appearing to the Court that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:
WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Liberty Bank for Savings its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 4322 Hammersmith Lane, Glenview, IL.
(2) Rule 4001(a)(3) is waived and Liberty Bank for Savings may immediately enforce and implement this order granting relief from the automatic stay

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 18, 2014