UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 12-08977
James P. Pieczonka )
Lucy Pieczonka )
) Chapter: 7
)
) Judge Carol A. Doyle
) Cook
Debtor(s) )

**ORDER ABANDONING THE TRUSTEE'S INTEREST**

THIS CAUSE coming to be heard on the motion of Liberty Bank for Savings, a secured creditor herein, to abandon property of the estate, the Court having jurisdiction over the subject matter and due notice having been given; and it appearing to the Court that the property is of inconsequential value to the estate:

WHEREFORE, IT IS HEREBY ORDERED:
Pursuant to 11 U.S.C. Section 554(b) and F.R.B.P. 6007(b) any interest of the estate by the Trustee in bankruptcy property located at 4322 Hammersmith Lane, Glenview, IL is abandoned;

Enter:

Dated: 6/18/14

Judge Carol A. Doyle
United States Bankruptcy Judge

**Prepared by:**

Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-13-32048)