# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIECZONKA, JAMES P. | § | Case No. 12-08977 |
| PIECZONKA, LUCY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Frances Gecker_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-08977 | CAD | Judge: Carol A. Doyle | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | PIECZONKA, JAMES P. | | | | Date Filed (f) or Converted (c): | 03/07/12 (f) |
| | PIECZONKA, LUCY | | | | 341(a) Meeting Date: | 04/27/12 |
| For Period Ending: | 06/13/14 | | | | Claims Bar Date: | 04/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - 4322 Hammersmith Lane<br>    Glenview, IL<br>    Debtor Claimed Exemption | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 2. REAL ESTATE - 7720 W. TOUHY<br>    UNIT D, CHICAGO, IL 60631 | 225,000.00 | 2,353.75 | OA | 0.00 | FA |
| 3. REAL ESTATE - 825 N. MILWAUKEE<br>    UNITS Bc AND 1c, CHICAGO, IL  60642 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 4. REAL ESTATE - 5642 N. ASHLAND<br>    CHICAGO, IL 60660 | 275,000.00 | 0.00 | OA | 0.00 | FA |
| 5. REAL ESTATE - TIMESHARE IN CANCUN | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 6. REAL ESTATE - TIMESHARE IN CABO SAN LUCA | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7. CASH | 50.00 | 50.00 | | 0.00 | FA |
| 8. CHECKING ACCOUNT - PNC Checking<br>    PNC Bank Checking Account | 52.00 | 52.00 | | 0.00 | FA |
| 9. CHECKING ACCOUNT - PNC Checking<br>    PNC Bank checking account | 2,270.78 | 2,270.78 | | 0.00 | FA |
| 10. CHECKING ACCOUNT - Glenview State Bank | 42.39 | 42.39 | | 0.00 | FA |

FORM 1

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 12-08977 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | PIECZONKA, JAMES P. | | | Date Filed (f) or Converted (c): | 03/07/12 (f) |
| | PIECZONKA, LUCY | | | 341(a) Meeting Date: | 04/27/12 |
| | | | | Claims Bar Date: | 04/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Glenview State Bank | | | | | |
| 11. CHECKING ACCOUNT - Scottrade joint w/daughter  Scottrade account - joint with daughter  Debtor Claimed Exemption | 536.30 | 0.00 | | 0.00 | FA |
| 12. CHECKING ACCOUNT - Scottrade  Scottrade account | 71.58 | 71.58 | | 0.00 | FA |
| 13. CHECKING ACCOUNT - Chase joint w/T. Pieczonka  joint Chase account with Thomas Pieczonka | 0.00 | 0.00 | | 0.00 | FA |
| 14. CHECKING ACCOUNT - Chase joint w/son  Chase bank account - joint with son. | 11.66 | 11.66 | | 0.00 | FA |
| 15. HOUSEHOLD GOODS  Debtor Claimed Exemption | 3,500.00 | 0.00 | | 0.00 | FA |
| 16. BOOKS/COLLECTIBLES | 100.00 | 100.00 | | 0.00 | FA |
| 17. WEARING APPAREL  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 18. FURS AND JEWELRY | 200.00 | 200.00 | | 0.00 | FA |
| 19. FIREARMS AND HOBBY EQUIPMENT | 30.00 | 30.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| Case No: | 12-08977 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
| Case Name: | PIECZONKA, JAMES P. | | | Date Filed (f) or Converted (c): | 03/07/12 (f) |
| | PIECZONKA, LUCY | | | 341(a) Meeting Date: | 04/27/12 |
| | | | | Claims Bar Date: | 04/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. VEHICLES - Dodge Durango<br>Dodge Durango<br>Debtor Claimed Exemption | 3,500.00 | 0.00 | | 1,000.00 | FA |
| 21. VEHICLES - 1997 Pontiac Bonneville | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 22. VEHICLES - 2003 E 320 Mercedes<br>Debtor Claimed Exemption | 10,000.00 | 0.00 | | 1,000.00 | FA |
| 23. VEHICLES - 2002 Pontiac Grand Am | 4,000.00 | 1,000.00 | | 1,000.00 | FA |
| 24. VEHICLES - 1995 Pontiac Formula | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 25. BOATS AND ACCESSORIES | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 26. INTERESTS IN INSURANCE POLICIES<br>Independent Order of Forresters<br>Debtor Claimed Exemption | 10,215.05 | 0.00 | | 0.00 | FA |
| 27. STOCK<br>Law Office, Future Realty (100%), Thomas James Builders (100%), SEa Chicago Boat Charters (100%), Thomas James Builders (48%), 7720 Touhy Development (16.66%), Express Cleaners (100%), Top Gun Construction (20%). | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| Case No: | 12-08977 | CAD | Judge: Carol A. Doyle |
|---|---|---|---|
| Case Name: | PIECZONKA, JAMES P. | | |
| | PIECZONKA, LUCY | | |

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 03/07/12 (f) |
| 341(a) Meeting Date: | 04/27/12 |
| Claims Bar Date: | 04/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. OTHER LIQUIDATED DEBTS | 669,976.93 | 669,976.93 | | 3,000.00 | FA |
| Deborah Arneson ($5,703.52), Gigliotti Natural Stone ($149,262.41), Thomas James Builders ($271,536.00), Future Realty ($1,600.00), Dan Mack ($1,525.00), Sea Chicago Boat Charters ($4,500), Thomas James Builders Group ($227,650), Cerda Nohemi ($450), Top Gun Construction ($7,750). | | | | | |
| 29. ANIMALS - Cat | 10.00 | 10.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,087,066.69 | $683,169.09 | | $8,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS REVIEWING CLAIMS AND WILL BE PREPARING A TFR.

Initial Projected Date of Final Report (TFR): 07/01/13    Current Projected Date of Final Report (TFR): 05/15/14

/s/  Frances Gecker
_____  Date: _____
FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-08977 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | PIECZONKA, JAMES P. | | Bank Name: | Congressional Bank |
| | PIECZONKA, LUCY | | Account Number / CD #: | *******9322 GENERAL CHECKING |
| Taxpayer ID No: | *******7342 | | | |
| For Period Ending: | 06/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/12 | * NOTE * | JAMES P. PIECZONKA<br>4322 HAMMERSMITH LN<br>GLENVIEW, IL 60026-1072 | Purchase Interest in 5 cars<br>* NOTE *  Properties 20, 21, 22, 23, 24 | 1129-000 | 5,000.00 | | 5,000.00 |
| 01/15/13 | 28 | DEBORAH ARNESON<br>CASHIER'S CHECK<br>Oak Bank<br>1000 N. Rush St.<br>Chicago, IL  60611 | Other Liquidated Debts - Loan | 1129-000 | 3,000.00 | | 8,000.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 8,000.00 | 0.00 |

|  | COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 8,000.00 | |
| Subtotal | | 8,000.00 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| Net | | 8,000.00 | 0.00 | |

Page Subtotals  8,000.00  8,000.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-08977 -CAD | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | PIECZONKA, JAMES P. | | Bank Name: | Bank of New York Mellon |
| | PIECZONKA, LUCY | | Account Number / CD #: | *******7270 GENERAL CHECKING |
| Taxpayer ID No: | *******7342 | | | |
| For Period Ending: | 06/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,000.00 | | 8,000.00 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | 7.22 | 7,992.78 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 6.52 | 7,986.26 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 3.48 | 7,982.78 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.87 | 7,970.91 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.47 | 7,959.44 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.83 | 7,947.61 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.43 | 7,936.18 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.80 | 7,924.38 |
| 09/09/13 | | Bank of New York Mellon | BANK SERCIVE FEE | 2600-000 | | 11.78 | 7,912.60 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.39 | 7,901.21 |
| 02/03/14 | 010001 | INTERNATIONAL SURETIES, LTD. Suite 420 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | 11.39 | 7,889.82 |

Page Subtotals 8,000.00 110.18

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08977 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PIECZONKA, JAMES P. | Bank Name: | Bank of New York Mellon |
|  | PIECZONKA, LUCY | Account Number / CD #: | *******7270  GENERAL CHECKING |
| Taxpayer ID No: | *******7342 |  |  |
| For Period Ending: | 06/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 701 Poydras Street New Orleans, LA  70139 |  |  |  |  |  |

```
                                            COLUMN TOTALS                        8,000.00          110.18        7,889.82
                                     Less:  Bank Transfers/CD's                  8,000.00            0.00
                                            Subtotal                                 0.00          110.18
                                     Less:  Payments to Debtors                                      0.00
                                            Net                                      0.00          110.18

                                                                                                   NET           ACCOUNT
                                            TOTAL - ALL ACCOUNTS              NET DEPOSITS   DISBURSEMENTS       BALANCE
                                            GENERAL CHECKING - ********9322       8,000.00           0.00           0.00
                                            GENERAL CHECKING - ********7270           0.00         110.18       7,889.82
                                                                              ------------   ------------    ------------
                                                                                  8,000.00         110.18       7,889.82
                                                                              ============   ============    ============
                                                                            (Excludes Account  (Excludes Payments  Total Funds
                                                                                 Transfers)      To Debtors)       On Hand
```

Frances Gecker, Trustee

Trustee's Signature: ____/s/____Frances Gecker_____  Date: 06/11/14
FRANCES GECKER

Page Subtotals                    0.00            0.00

| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 11, 2014 |
|---|---|---|---|---|---|

Case Number:   12-08977  
Debtor Name:   PIECZONKA, JAMES P.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603 | Administrative | | $902.85 | $0.00 | $902.85 |
| 001 3110-00 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Administrative | | $3,033.96 | $0.00 | $3,033.96 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Administrative | | $11.39 | $11.39 | $0.00 |
| 000001 070 7100-00 | PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | Unsecured | | $328.24 | $0.00 | $328.24 |
| 000002 070 7100-00 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $9,325.37 | $0.00 | $9,325.37 |
| 000003 070 7100-00 | ATLAS ACQUISITIONS LLC MBNA AMERICA BANK N.A. 294 UNION ST. HACKENSACK, NJ 07601 | Unsecured | | $7,700.36 | $0.00 | $7,700.36 |
| 000004 070 7100-00 | STATE FARM BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $16,781.32 | $0.00 | $16,781.32 |
| 000005 070 7100-00 | FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Unsecured | | $49,784.37 | $0.00 | $49,784.37 |
| 000006 070 7100-00 | FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Unsecured | | $20,185.66 | $0.00 | $20,185.66 |
| 000007 070 7100-00 | ELAN FINANCIAL SERVICES AS SERVICER FOR ASSOCIATED BANK BUSINESS BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Unsecured | | $16,707.35 | $0.00 | $16,707.35 |

| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: June 11, 2014 |

Case Number: 12-08977  
Debtor Name: PIECZONKA, JAMES P.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | ELAN FINANCIAL SERVICES AS SERVICER FOR ASSOCIATED BANK BUSINESS BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Unsecured | | $22,054.86 | $0.00 | $22,054.86 |
| 000009 070 7100-00 | ELAN FINANCIAL SERVICES AS SERVICER FOR ASSOCIATED BANK BUSINESS BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Unsecured | | $34,326.61 | $0.00 | $34,326.61 |
| 000010 070 7100-00 | JEFFERSON CAPITAL SYSTEMS LLC PURCHASED FROM GLOBAL ACCEPTANCE CREDIT PO BOX 7999 SAINT CLOUD MN 56302-9617 ORIG BY: CHASE BANK USA | Unsecured | | $1,080.15 | $0.00 | $1,080.15 |
| 000011 070 7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO CAPITAL ONE, N.A. PO BOX 41067 NORFOLK, VA 23541 | Unsecured | | $9,732.70 | $0.00 | $9,732.70 |
| 000012 070 7100-00 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $2,351.31 | $0.00 | $2,351.31 |
| 000013 070 7100-00 | DIANA PIECZONKA 4322 HAMMERSMITH LN GLENVIEW, IL 60026 | Unsecured | | $41,812.67 | $0.00 | $41,812.67 |
| 000014 070 7100-00 | MICHAEL PIECZONKA 7720 W TOUHY STE D CHICAGO, IL 60631 | Unsecured | | $45,315.96 | $0.00 | $45,315.96 |
| | Case Totals: | | | $281,435.13 | $11.39 | $281,423.74 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-08977
Case Name: PIECZONKA, JAMES P.
        PIECZONKA, LUCY
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT AND COKE CO | $ | $ | $ |
| 000002 | DISCOVER BANK | $ | $ | $ |
| 000003 | ATLAS ACQUISITIONS LLC | $ | $ | $ |
| 000004 | STATE FARM BANK | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | ELAN FINANCIAL SERVICES | $ | $ | $ |
| 000008 | ELAN FINANCIAL SERVICES | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | ELAN FINANCIAL SERVICES AS SERVICER | $ | $ | $ |
| 000010 | JEFFERSON CAPITAL SYSTEMS LLC | $ | $ | $ |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |
| 000012 | AMERICAN EXPRESS BANK, FSB | $ | $ | $ |
| 000013 | DIANA PIECZONKA | $ | $ | $ |
| 000014 | MICHAEL PIECZONKA | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                         $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE