# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-08977 |
| | ) | |
| JAMES P. PIECZONKA AND LUCY PIECZONKA, | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing Date: September 18, 2014 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | Room No.:    742 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **September 18, 2014**, at **10:30 a.m.**, we shall appear before the Honorable Carol A. Doyle, or such other judge as may be sitting in her stead, in Courtroom 742 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses**.

Dated: August 19, 2014.

Respectfully submitted,

By: /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PIECZONKA, JAMES P. and | ) | Case No. 12-08977-CAD |
| PIECZONKA, LUCY | ) | |
| | ) | Hon. Carol A. Doyle |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE Carol A. Doyle

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,550.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $8,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $300.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $1,550.00 | |

{PIECZONK/001/00038922.DOC/}

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                               $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Respectfully Submitted

/s/ Frances Gecker
Frances Gecker not individually but as Chapter 7 Trustee of the Estate of JAMES P. PIECZONKA and LUCY PIECZONKA

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1401
(312) 276-0035 (Facsimile)

Dated:    June 15, 2014

{PIECZONK/001/00038922.DOC/}