# EXHIBIT A



www.fgllp.com

August 19, 2014

Frances Gecker, Chapter 7 Trustee  
FrankGecker LLP  
325 N. LaSalle Street, Suite 625  
Chicago, IL 60654

FEIN 20-1952153

---

**Regarding:** In re: James P. Pieczonka and Lucy Pieczonka ; Case No. 12-08977  
**TRUSTEE MATTER**

For Professional Services Rendered:  4/27/2012  through  6/13/2014

Invoice #:  6260

Per Attached Description:

| | |
|---|---:|
| Fees……………………………………………………………………………………………… | $1,550.00 |
| Disbursements………………………………………………………………………………… | $0.00 |
| Total Fees and Disbursements…………………………………………………………… | $1,550.00 |
| Previous Balance……………………………………………………………………………… | $0.00 |
| Payments……………………………………………………………………………………… | $0.00 |
| **Total Amount Due**………………………………………………………………………… | **$1,550.00** |

**FrankGecker**

| Regarding: | In re: James P. Pieczonka and Lucy Pieczonka ; Case No. 12-08977 |
|---|---|
| | **TRUSTEE MATTER** |

For Professional Services Rendered Through June 13, 2014     Invoice #:  6260

Per Attached Description:

| Date | Description | Hours / Rate |
|---|---|---|
| 12/14/2012 | Request EIN from IRS website (.40); email to Congressional Bank regarding new account request (.10); receive and review checks received by Trustee (.10); deposit checks into estate account (.20); send to Congressional Bank for deposit (.20).<br>Christina S. Smith | 1.00<br>$175.00 |
| 1/3/2013 | Review, file and serve motion to approve compromise.<br>Christina S. Smith | 0.70<br>$175.00 |
| 1/16/2013 | Reconcile bank account; review statements on Congressional Bank's website; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 2/6/2013 | Reconcile bank account; review statements on Congressional Bank's website; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 3/14/2013 | Reconcile bank account; review statements from Congressional Bank and BNY Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.30<br>$175.00 |
| 4/12/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 4/26/2013 | Draft motion to employ accountant, notice and order; email with Alan Lasko regarding Affidavit.<br>Christina S. Smith | 1.10<br>$175.00 |
| 5/2/2013 | Revise, file and serve motion to employ accountant.<br>Christina S. Smith | 1.80<br>$175.00 |
| 5/7/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 6/11/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 8/8/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.10<br>$175.00 |

| Regarding: | In re: James P. Pieczonka and Lucy Pieczonka ; Case No. 12-08977 **TRUSTEE MATTER** |
|---|---|

For Professional Services Rendered Through June 13, 2014    Invoice #: 6260

Per Attached Description:

|  |  | Hours |
|---|---|---|
| 9/13/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits. Christina S. Smith | 0.20 $175.00 |
| 9/19/2013 | Review documents and update file maintenance system. Christina S. Smith | 0.50 $175.00 |
| 9/19/2013 | Telephone conference with Zane Zielinski regarding tax returns; email documentation to Alan Lasko regarding same. Christina S. Smith | 0.50 $175.00 |
| 10/8/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits. Christina S. Smith | 0.20 $175.00 |
| 10/11/2013 | Receive and review tax returns (.20); prepare checks for IRS and Illinois Dept. of Revenue (.30); prepare 505(b) letters and mail to proper authorities (.60). Christina S. Smith | 1.10 $175.00 |
| 10/11/2013 | Review documents and update file maintenance system. Christina S. Smith | 0.50 $175.00 |
| 11/15/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits. Christina S. Smith | 0.20 $175.00 |
| 1/15/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits. Christina S. Smith | 0.10 $175.00 |
| 2/11/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits. Christina S. Smith | 0.20 $175.00 |
| 3/19/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits. Christina S. Smith | 0.20 $175.00 |
| 4/16/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits. Christina S. Smith | 0.20 $175.00 |

**Regarding:   In re: James P. Pieczonka and Lucy Pieczonka ; Case No. 12-08977
TRUSTEE MATTER**

| | | |
|---|---|---:|
| For Professional Services Rendered Through June 13, 2014 | | Invoice #:   6260 |
| Per Attached Description: | | |
| | | <u>Hours</u> |
| 5/16/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 6/3/2014 | Import and review claims and assets in case in preparation of trustee's final report (.80); review schedules (.50); review and revise trustee's time entries (.90).<br><br>Christina S. Smith | 2.20<br>$175.00 |
| 6/4/2014 | Prepare Trustee's Notice of Hearing; request for compensation and order to accompany Trustee's final report (.80).<br><br>Christina S. Smith | 0.80<br>$175.00 |
| 6/4/2014 | Prepare Trustee's Counsel's Cover Sheet, Notice of Hearing and order to accompany Trustee's final report. (.80).<br><br>Christina S. Smith | 0.80<br>$175.00 |
| 6/4/2014 | Prepare Trustee's Accountant's Notice of Hearing, cover sheet and order to accompany Trustee's final report (.80).<br><br>Christina S. Smith | 0.80<br>$175.00 |
| 6/4/2014 | Review and revise Trustee's counsel's time entries and begin preparation of final fee application.<br>Christina S. Smith | 1.10<br>$175.00 |
| 6/9/2014 | Continue work on Trustee's counsel's final fee application.<br>Christina S. Smith | 1.30<br>$175.00 |
| 6/9/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 6/10/2014 | Continue work on First and Final Fee Application of Trustee's counsel.<br>Christina S. Smith | 1.10<br>$175.00 |
| 6/11/2014 | Continue work on final report and accompanying fee applications for compensation.<br>Christina S. Smith | 0.90<br>$175.00 |
| 6/11/2014 | Review and revise Trustee's compensation application.<br>Christina S. Smith | 1.20<br>$175.00 |

Frances Gecker, Chapter 7 Trustee                                                                    Page    5

Invoice Dated:   August 19, 2014

---

**Regarding:**   In re: James P. Pieczonka and Lucy Pieczonka ; Case No. 12-08977
**TRUSTEE MATTER**

For Professional Services Rendered Through June 13, 2014                          Invoice #:   6260
Per Attached Description:

|  |  | Hours |
|---|---|---|
| 6/13/2014 | Finalize Trustee's Final Report and accompanying documentation and send to U.S. Trustee's Office for review and approval.<br>Christina S. Smith | 1.40<br>$175.00 |
| 6/13/2014 | [Projected] Review schedules, claims and assets; prepare Trustee's Final Account and Final Distribution Report and accompanying reports for submission to United States Trustee.<br>Christina S. Smith | 1.40<br>$175.00 |

                                                                                        Amount
                                                                              23.30   $1,550.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christina S. Smith | 23.30 | 175.00 | $1,550.00 |

**Total Due: This Matter**                                                         **$1,550.00**