# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIECZONKA, JAMES P. | § | Case No. 12-08977 |
| PIECZONKA, LUCY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Kenneth S. Gardner
> 219 S. Dearborn Street
> 7th Floor
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/18/2014 in Courtroom 742,
> United States Courthouse
> 219 S. Dearborn Street
> Chicago, Illinois   60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2014          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PIECZONKA, JAMES P. § Case No. 12-08977
PIECZONKA, LUCY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 110.18 |
| leaving a balance on hand of[1] | $ | 7,889.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 3,002.50 | $ 0.00 | $ 3,002.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 31.46 | $ 0.00 | $ 31.46 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 885.55 | $ 0.00 | $ 885.55 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 17.30 | $ 0.00 | $ 17.30 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 11.39 | $ 11.39 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| | Total to be paid for chapter 7 administrative expenses | $ | 5,486.81 |
| | Remaining Balance | $ | 2,403.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 277,486.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT AND COKE CO | $ 328.24 | $ 0.00 | $ 2.84 |
| 000002 | DISCOVER BANK | $ 9,325.37 | $ 0.00 | $ 80.76 |
| 000003 | ATLAS ACQUISITIONS LLC | $ 7,700.36 | $ 0.00 | $ 66.68 |
| 000004 | STATE FARM BANK | $ 16,781.32 | $ 0.00 | $ 145.32 |
| 000005 | FIA CARD SERVICES, N.A. | $ 49,784.37 | $ 0.00 | $ 431.13 |
| 000006 | FIA CARD SERVICES, N.A. | $ 20,185.66 | $ 0.00 | $ 174.81 |
| 000007 | ELAN FINANCIAL SERVICES | $ 16,707.35 | $ 0.00 | $ 144.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | ELAN FINANCIAL SERVICES | $ 22,054.86 | $ 0.00 | $ 190.99 |
| 000009 | ELAN FINANCIAL SERVICES AS SERVICER | $ 34,326.61 | $ 0.00 | $ 297.27 |
| 000010 | JEFFERSON CAPITAL SYSTEMS LLC | $ 1,080.15 | $ 0.00 | $ 9.35 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 9,732.70 | $ 0.00 | $ 84.29 |
| 000012 | AMERICAN EXPRESS BANK, FSB | $ 2,351.31 | $ 0.00 | $ 20.36 |
| 000013 | DIANA PIECZONKA | $ 41,812.67 | $ 0.00 | $ 362.09 |
| 000014 | MICHAEL PIECZONKA | $ 45,315.96 | $ 0.00 | $ 392.44 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | | $ 2,403.01 |
| Remaining Balance | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-08977-CAD
James P. Pieczonka                                                      Chapter 7
Lucy Pieczonka
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 3          Date Rcvd: Aug 20, 2014
                              Form ID: pdf006          Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2014.
```
db/jdb     +James P. Pieczonka,    Lucy Pieczonka,    4322 Hammersmith Lane,    Glenview, IL 60026-1072
18586503    ARS National Services Inc.,    PO Box 463023,    Escondido, CA 92046-3023
18586504   ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
             (address filed with court: Aspen National Collections,    18110 Powell Rd,
              Brooksville, FL 34604)
18586501   +Allstate Insurance Co.,    c/o Liza Lorenzo,    6248 N Clark St,    Chicago, IL 60660-1202
18586502    American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
20384005    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18586505   +Associated Bank,    5439 Durand Ave.,    #100,    Racine, WI 53406-5058
18586508   +Banco Popular,    P. O. Box 4601,    Oak Park, IL 60303-4601
18586509   #Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
18586511    Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
18586512   +Bank of America,    c/o Pierce & Associates PC,    1 North Dearborn, Suite 1300,
             Chicago, IL 60602-4321
18586513   +Ben Franklin Bank of Illinois,    830 E Kensington Rd.,    Arlington Heights, IL 60004-6397
18586516   +Blatt,Hasenmiller, Leibsker & Moore,    125 S. Wacker Dr.,    Suite 400,    Chicago, IL 60606-4440
18586517   +Blitt and Gaines PC,    661 Glenn Ave.,    Wheeling, IL 60090-6017
18586519    Chase,    PO Box 15548,    Wilmington, DE 19886-5548
18586520   +Chase,    PO Box 659409,    San Antonio, TX 78265-9409
18586521    Chase Bank One,    Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
18586522   +Chase Bank, USA, NA.,    131 South Dearborn Street,    5th Floor,    Chicago, IL 60603-5517
18586523   +Citi/Home Depot,    PO Box 653095,    Dallas, TX 75265-3095
18586524   +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
18586525   +Client Services Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
18586530   +Diana Pieczonka,    4322 Hammersmith Ln,    Glenview, IL 60026-1072
20165679    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18586535   +Fay's Marina Inc.,    909 Pine Lake Ave,    La Porte, IN 46350-2324
18586538   +Gomberg, Sharfman, Gold & Ostler PC,    208 S LaSalle St.,    Suite 1410,    Chicago, IL 60604-1071
18586539   +Gracjan and Maryla Wozniakowski,    1740 Evergreen Ln,    Park Ridge, IL 60068-1104
18586540   +GreenChoice Bank,    5225 W 25th St,    Cicero, IL 60804-3308
18586541    GreenChoice Bank,    5225 W 26th St,    Cicero, IL 60804
18586543    HSBC Bank Nevada NA,    Dept 9600,    Carol Stream, IL 60128-9600
18586542   +Heilingoetter & Associates,    Parkway Towers,    4777 N Harlem Rd,
             Harwood Heights, IL 60706-4637
18586544   +John C. Bonewicz PC,    8001 N Lincoln,    Suite 402,    Skokie, IL 60077-3657
18586545   +Key Bank USA N.A.,    P.O. Box 94981,    Cleveland, OH 44101-4981
18586546   +Liberty Bank for Savings,    2392 N Milwaukee Ave,    Chicago, IL 60647-2979
18586549   +MRS Associates of New Jersey,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
18586548   +Michael Pieczonka,    7720 W Touhy Ste D,    Chicago, IL 60631-4234
18586551    NCB Management Services Inc,    PO Box 1099,    Audubon, PA 19407
18586552   +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
18586550   +National Association of Realtors,    Marketing Dept.,    30700 Russell Ranch Road,
             Thousand Oaks, CA 91362-9500
18586553   +Ottenheimer Teplinsky Rosenbloom,    750 Lake Cook Rd,    Suite 140,    Buffalo Grove, IL 60089-2071
18697428   +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
20370189   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, N.A.,
              PO Box 41067,    Norfolk, VA 23541)
18586554    Peoples Gas,    Chicago, IL 60687-0001
18586555    Phillips & Cohen Accos., Ltd.,    Mail Stop: 629,    1002 Justison St.,    Wilmington, DE 19801-5148
18586556    Phillips & Cohen Assoc., Ltd.,    Mail Stop: 629,    1002 Justison St.,    Wilmington, DE 19801-5148
18586558   +Pueblo Bonito Sunset Beach,    PO Box 150,    Scottsdale, AZ 85252-0106
18586562   +RVC Members LLC,    Concord Servicing Corp,    4725 N Scottsdale Rd Ste 300,
             Scottsdale, AZ 85251-7629
18586559    Raintree Vacation Club,    PO Box 29352,    Phoenix, AZ 85038-9352
18586560   +Rock Fusco & Connelly LLC,    321 N Clark St,    Suite 2200,    Chicago, IL 60654-4614
18586563   +Saxon,    4700 Mercantile Drive,    Fort Worth, TX 76137-3605
18586564   #+Scott Lowery Law Office PC,    1422 East 71st Street,    Tulsa, OK 74136-5077
20082038    State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18586565    State Farm Bank,    PO Box 2326,    Bloomington, IL 61702-2326
18586518   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Cardmember Service,    Credit Risk Management,    PO Box 6353,
              Fargo, ND 58125-6353)
18586566    United Recovery Systems LP,    URS No: 1638074-VB-7745,    5800 North Concourse Dr,
             Houston, TX 77072

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18586500   +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 21 2014 00:50:45
             Alliance One Receivables Mngmt,    4850 Street Rd, Suite 300,
             Feasterville Trevose, PA 19053-6643
19966208   +E-mail/Text: bnc@atlasacq.com Aug 21 2014 00:50:55     Atlas Acquisitions LLC,
             MBNA America Bank N.A.,    294 Union St.,    Hackensack, NJ 07601-4303
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 3                   Date Rcvd: Aug 20, 2014
                              Form ID: pdf006            Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18987327      +E-mail/Text: bnc@atlasacq.com Aug 21 2014 00:50:55     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
18586526      +E-mail/Text: administration@gatestoneco.com Aug 21 2014 00:51:33     Collectcorp,   PO Box 101928,
               Dept. 4947A,   Birmingham, AL 35210-6928
18586527       E-mail/Text: legalcollections@comed.com Aug 21 2014 00:53:16    ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
18586529      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 21 2014 00:53:23
               Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3246
18586531       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2014 00:56:17     Discover,   PO Box 15156,
               Wilmington, DE 19885-5156
19960676       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2014 00:56:17     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18586536      +E-mail/Text: bankruptcy@gsb.com Aug 21 2014 00:52:28     Glenview State Bank,   800 Waukegan Rd,
               Glenview, IL 60025-4310
20283540      +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Aug 21 2014 00:52:31
               Jefferson Capital Systems LLC,    Purchased From GLOBAL ACCEPTANCE CREDIT,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,   Orig By: CHASE BANK USA
18586547      +E-mail/Text: ebn@ltdfin.com Aug 21 2014 00:51:26     LTD Financial Services LP,
               7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
18586557       E-mail/Text: bankruptcy@proconsrv.com Aug 21 2014 00:51:46     Pro Consulting Services Inc,
               PO Box 66768,   Houston, TX 77266-6768
18586569      +E-mail/Text: BKRMailOps@weltman.com Aug 21 2014 00:52:04     Weltman Weinberg & Reis Co. LPA,
               180 N LaSalle, Suite 2400,   Chicago, IL 60601-2704
18586567       E-mail/Text: BKRMailOps@weltman.com Aug 21 2014 00:52:04     Weltman Weinberg & Reis Co. LPA,
               175 South 3rd St, Suite 900,   Columbus, OH 43215-5166
18586568       E-mail/Text: BKRMailOps@weltman.com Aug 21 2014 00:52:04     Weltman Weinberg & Reis Co. LPA,
               PO Box 93596,   Cleveland, OH 44101-5596
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18586506*     +Associated Bank,    5439 Durand Ave.,   #100,   Racine, WI 53406-5058
18586507*     +Associated Bank,    5439 Durand Ave.,   #100,   Racine, WI 53406-5058
18586510*     +Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
18586514*     +Ben Franklin Bank of Illinois,    830 E Kensington Rd,   Arlington Heights, IL 60004-6397
18586528*      ComEd,   Bill Payment Center,   Chicago, IL 60668-0001
20244692*      ELAN FINANCIAL SERVICES as Servicer,    for ASSOCIATED BANK BUSINESS,   BANKRUPTCY DEPARTMENT,
               P.O. BOX 5229,   CINCINNATI, OH 45201-5229
18586561*     +Rock Fusco & Connelly LLC,    321 N Clark St,   Suite 2200,   Chicago, IL 60654-4614
20168501*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: ELAN FINANCIAL SERVICES,    AS SERVICER FOR ASSOCIATED BANK BUSINESS,
               BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,   CINCINNATI, OH 45201-5229)
18586534*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    P.O. Box 108,   Saint Louis, MO 63166-9801)
18586532*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    PO Box 108,   Saint Louis, MO 63166-9801)
18586533*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    PO Box 108,   Saint Louis, MO 63166-9801)
18586515     ##+Blackwell recovery,    4725 N Scottsdale Rd,   Suite 300,   Scottsdale, AZ 85251-7629
18586537     ##+Global Acceptance Credit Co., LP,    5850 W Interstate 20, Ste 100,   Arlington, TX 76017-1071
                                                                                           TOTALS: 0, * 11, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2014                                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales             Page 3 of 3                   Date Rcvd: Aug 20, 2014
                              Form ID: pdf006             Total Noticed: 69
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
              Carly   Berard    on behalf of Creditor    Ben Franklin Bank of Illinois cberard@rockfuscollc.com
              Frances  Gecker    on behalf of Accountant Alan D Lasko & Associates fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Frances  Gecker    on behalf of Attorney    FrankGecker LLP fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Frances  Gecker     fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Francisco  Connell    on behalf of Creditor    Banco Popular North America fconnell@chuhak.com,
               hcummins@chuhak.com
              Joseph E Cohen    on behalf of Debtor James P. Pieczonka jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    on behalf of Joint Debtor Lucy  Pieczonka jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Lydia Y Siu    on behalf of Creditor    Saxon Mortgage Services lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Maria  Georgopoulos    on behalf of Creditor    Liberty Bank for Savings nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond J Ostler    on behalf of Creditor    Green Choice Bank, FSB rostler@gsgolaw.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 12
```