# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
JAMES P. PIECZONKA                        §        Case No. 12-08977
LUCY PIECZONKA                            §
                                          §
                                          §
_____ Debtor(s) _____                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Frances Gecker _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America c/o Pierce & Associates PC 1 North Dearborn, Suite 1300 Chicago, IL 60602 | | | | | |
| | GreenChoice Bank 5225 W 25th St Cicero, IL 60804 | | | | | |
| | GreenChoice Bank 5225 W 26th St Cicero, IL 60804 | | | | | |
| | Key Bank USA N.A. P.O. Box 94981 Cleveland, OH 44101 | | | | | |
| | Liberty Bank for Savings 2392 N Milwaukee Ave Chicago, IL 60647 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | | | | | |
| Frances Gecker | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Suite 420 701 Poydras Street New Orleans, LA  70139 | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES P. C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allstate Insurance Co. c/o Liza Lorenzo 6248 N Clark St Chicago, IL 60660 | | | | | |
| | Banco Popular P. O. Box 4601 Oak Park, IL 60303 | | | | | |
| | Ben Franklin Bank of Illinois 830 E Kensington Rd Arlington Heights, IL 60004 | | | | | |
| | Ben Franklin Bank of Illinois 830 E Kensington Rd. Arlington Heights, IL 60004 | | | | | |
| | Chase Bank One Card Member Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Bank, USA, NA. 131 South Dearborn Street 5th Floor Chicago, IL 60603 | | | | | |
| | Citi/Home Depot PO Box 653095 Dallas, TX 75265-0370 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank PO Box 6500 Sioux Falls, SD 57117 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Fay's Marina Inc. 909 Pine Lake Ave La Porte, IN 46350 | | | | | |
| | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 | | | | | |
| | Gracjan and Maryla Wozniakowski 1740 Evergreen Ln Park Ridge, IL 60068 | | | | | |
| | Heilingoetter & Associates Parkway Towers 4777 N Harlem Rd Harwood Heights, IL 60706 | | | | | |
| | National Association of Realtors Marketing Dept. 30700 Russell Ranch Road Thousand Oaks, CA 91362 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ottenheimer Teplinsky Rosenbloom 750 Lake Cook Rd Suite 140 Buffalo Grove, IL 60089 |  |  |  |  |  |
|  | Pueblo Bonito Sunset Beach PO Box 150 Scottsdale, AZ 85252 |  |  |  |  |  |
|  | Raintree Vacation Club PO Box 29352 Phoenix, AZ 85038-9352 |  |  |  |  |  |
| 3 | ATLAS ACQUISITIONS LLC |  |  |  |  |  |
| 13 | DIANA PIECZONKA |  |  |  |  |  |
| 2 | DISCOVER BANK |  |  |  |  |  |
| 7 | ELAN FINANCIAL SERVICES AS SERVICER |  |  |  |  |  |
| 8 | ELAN FINANCIAL SERVICES AS SERVICER |  |  |  |  |  |
| 9 | ELAN FINANCIAL SERVICES AS SERVICER |  |  |  |  |  |
| 5 | FIA CARD SERVICES, N. A. |  |  |  |  |  |
| 6 | FIA CARD SERVICES, N. A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | FSB AMERICAN EXPRESS BANK | | | | | |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 14 | MICHAEL PIECZONKA | | | | | |
| 1 | PEOPLES GAS LIGHT AND COKE CO | | | | | |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 4 | STATE FARM BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-08977 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|

Case Name:   JAMES P. PIECZONKA          Date Filed (f) or Converted (c):   03/07/2012 (f)
LUCY PIECZONKA          341(a) Meeting Date:   04/27/2012
For Period Ending:   12/09/2014          Claims Bar Date:   04/24/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Estate - 4322 Hammersmith Lane | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  REAL ESTATE - 7720 W. TOUHY | 225,000.00 | 2,353.75 | OA | 0.00 | FA |
| 3.  REAL ESTATE - 825 N. MILWAUKEE | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 4.  REAL ESTATE - 5642 N. ASHLAND | 275,000.00 | 0.00 | OA | 0.00 | FA |
| 5.  REAL ESTATE - TIMESHARE IN CANCUN | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 6.  REAL ESTATE - TIMESHARE IN CABO SAN LUCA | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7.  CASH | 50.00 | 50.00 | | 0.00 | FA |
| 8.  CHECKING ACCOUNT - PNC Checking | 52.00 | 52.00 | | 0.00 | FA |
| 9.  CHECKING ACCOUNT - PNC Checking | 2,270.78 | 2,270.78 | | 0.00 | FA |
| 10.  CHECKING ACCOUNT - Glenview State Bank | 42.39 | 42.39 | | 0.00 | FA |
| 11.  CHECKING ACCOUNT - Scottrade joint w/daughter | 536.30 | 0.00 | | 0.00 | FA |
| 12.  CHECKING ACCOUNT - Scottrade | 71.58 | 71.58 | | 0.00 | FA |
| 13.  CHECKING ACCOUNT - Chase joint w/T. Pieczonka | 0.00 | 0.00 | | 0.00 | FA |
| 14.  CHECKING ACCOUNT - Chase joint w/son | 11.66 | 11.66 | | 0.00 | FA |
| 15.  HOUSEHOLD GOODS | 3,500.00 | 0.00 | | 0.00 | FA |
| 16.  BOOKS/COLLECTIBLES | 100.00 | 100.00 | | 0.00 | FA |
| 17.  WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 18.  FURS AND JEWELRY | 200.00 | 200.00 | | 0.00 | FA |
| 19.  FIREARMS AND HOBBY EQUIPMENT | 30.00 | 30.00 | | 0.00 | FA |
| 20.  VEHICLES - Dodge Durango | 3,500.00 | 0.00 | | 1,000.00 | FA |
| 21.  VEHICLES - 1997 Pontiac Bonneville | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 22.  VEHICLES - 2003 E 320 Mercedes | 10,000.00 | 0.00 | | 1,000.00 | FA |
| 23.  VEHICLES - 2002 Pontiac Grand Am | 4,000.00 | 1,000.00 | | 1,000.00 | FA |
| 24.  VEHICLES - 1995 Pontiac Formula | 1,000.00 | 1,000.00 | | 1,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-08977 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JAMES P. PIECZONKA | | | | Date Filed (f) or Converted (c): | 03/07/2012 (f) |
| | LUCY PIECZONKA | | | | 341(a) Meeting Date: | 04/27/2012 |
| For Period Ending: | 12/09/2014 | | | | Claims Bar Date: | 04/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  BOATS AND ACCESSORIES | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 26.  INTERESTS IN INSURANCE POLICIES | 10,215.05 | 0.00 | | 0.00 | FA |
| 27.  STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 28.  OTHER LIQUIDATED DEBTS | 669,976.93 | 669,976.93 | | 3,000.00 | FA |
| 29.  ANIMALS - Cat | 10.00 | 10.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $2,087,066.69        $683,169.09                    $8,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED A TFR IN THIS CASE.

Exhibit 8

| RE PROP # | 1 | -- | Glenview, IL |
| RE PROP # | 2 | -- | UNIT D, CHICAGO, IL 60631 |
| RE PROP # | 3 | -- | UNITS Bc AND 1c, CHICAGO, IL 60642 |
| RE PROP # | 4 | -- | CHICAGO, IL 60660 |
| RE PROP # | 8 | -- | PNC Bank Checking Account |
| RE PROP # | 9 | -- | PNC Bank checking account |
| RE PROP # | 10 | -- | Glenview State Bank |
| RE PROP # | 11 | -- | Scottrade account - joint with daughter |
| RE PROP # | 12 | -- | Scottrade account |
| RE PROP # | 13 | -- | joint Chase account with Thomas Pieczonka |
| RE PROP # | 14 | -- | Chase bank account - joint with son. |
| RE PROP # | 20 | -- | Dodge Durango |
| RE PROP # | 26 | -- | Independent Order of Forresters |
| RE PROP # | 27 | -- | Law Office, Future Realty (100%), Thomas James Builders (100%), SEa Chicago Boat Charters (100%), Thomas James Builders (48%), 7720 Touhy Development (16.66%), Express Cleaners (100%), Top Gun Construction (20%). |
| RE PROP # | 28 | -- | Deborah Arneson ($5,703.52), Gigliotti Natural Stone ($149,262.41), Thomas James Builders ($271,536.00), Future Realty ($1,600.00), Dan Mack ($1,525.00), Sea Chicago Boat Charters ($4,500), Thomas James Builders Group ($227,650), Cerda Nohemi ($450), Top Gun Construction ($7,750). |

Initial Projected Date of Final Report (TFR): 07/01/2013          Current Projected Date of Final Report (TFR): 05/15/2014

Case 12-08977   Doc 71   Filed 01/09/15   Entered 01/09/15 15:03:42   Desc Main
Document   Page 13 of 18

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-08977

Case Name:  JAMES P. PIECZONKA

LUCY PIECZONKA

Taxpayer ID No: XX-XXX7342

For Period Ending: 12/09/2014

Trustee Name: Frances Gecker

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX9322

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/12 | | JAMES P. PIECZONKA 4322 HAMMERSMITH LNGLENVIEW, IL 60026-1072 | Purchase Interest in 5 cars | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts                   $5,000.00 | | | | |
| | 22 | | VEHICLES - 2003 E 320 Mercedes             $1,000.00 | 1129-000 | | | |
| | 24 | | VEHICLES - 1995 Pontiac Formula            $1,000.00 | 1129-000 | | | |
| | 20 | | VEHICLES - Dodge Durango        $1,000.00 | 1129-000 | | | |
| | 23 | | VEHICLES - 2002 Pontiac Grand Am           $1,000.00 | 1129-000 | | | |
| | 21 | | VEHICLES - 1997 Pontiac Bonneville         $1,000.00 | 1129-000 | | | |
| 01/15/13 | 28 | DEBORAH ARNESON CASHIER'S CHECKOak Bank1000 N. Rush St.Chicago, IL  60611 | Other Liquidated Debts - Loan | 1129-000 | $3,000.00 | | $8,000.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $8,000.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $8,000.00 |
| Subtotal | $8,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $0.00 |

Page Subtotals:                    $8,000.00        $8,000.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-08977 | Trustee Name: Frances Gecker |
| Case Name: JAMES P. PIECZONKA | Bank Name: The Bank of New York Mellon |
| LUCY PIECZONKA | Account Number/CD#: XXXXXX7270 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX7342 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/09/2014 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $8,000.00 | | $8,000.00 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | $7.22 | $7,992.78 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $6.52 | $7,986.26 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $3.48 | $7,982.78 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.87 | $7,970.91 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.47 | $7,959.44 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.83 | $7,947.61 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.43 | $7,936.18 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.80 | $7,924.38 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.78 | $7,912.60 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.39 | $7,901.21 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $11.39 | $7,889.82 |
| 09/19/14 | 10002 | FRANCES GECKER FRANK/GECKER LLP325 N. LaSalle Street, Suite 625Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | $1,550.00 | $6,339.82 |
| 09/19/14 | 10003 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREETSUITE 1240CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other | | | $902.85 | $5,436.97 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | Accountant for Trustee Fees         ($885.55) (Other | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | Accountant for Trustee Fees          ($17.30) (Other | 3420-000 | | | |
| | | | Page Subtotals: | | $8,000.00 | $2,563.03 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-08977 | | | | Trustee Name: Frances Gecker | | Exhibit 9 |
| Case Name: JAMES P. PIECZONKA | | | | Bank Name: The Bank of New York Mellon | | |
| LUCY PIECZONKA | | | | Account Number/CD#: XXXXXX7270 | | |
| | | | | GENERAL CHECKING | | |
| Taxpayer ID No: XX-XXX7342 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 12/09/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/14 | 10004 | FRANKGECKER LLP 325 N. LaSalle StreetSuite 625Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | $3,033.96 | $2,403.01 |
| | | FRANKGECKER LLP | Attorney for Trustee Fees ($3,002.50) (Trustee | 3110-000 | | | |
| | | FRANKGECKER LLP | Attorney for Trustee Fees ($31.46) (Trustee | 3120-000 | | | |
| 09/19/14 | 10005 | United States Bankruptcy Court 219 South DearbornCourtroom 742Chicago, IL 60604 | Claim 000001, Payment 0.86522% PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | 7100-000 | | $2.84 | $2,400.17 |
| 09/19/14 | 10006 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000002, Payment 0.86602% | 7100-000 | | $80.76 | $2,319.41 |
| 09/19/14 | 10007 | ATLAS ACQUISITIONS LLC MBNA AMERICA BANK N.A. 294 UNION ST. HACKENSACK, NJ 07601 | Claim 000003, Payment 0.86593% | 7100-000 | | $66.68 | $2,252.73 |
| 09/19/14 | 10008 | STATE FARM BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000004, Payment 0.86596% | 7100-000 | | $145.32 | $2,107.41 |
| 09/19/14 | 10009 | FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Claim 000005, Payment 0.86599% | 7100-000 | | $431.13 | $1,676.28 |
| 09/19/14 | 10010 | FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Claim 000006, Payment 0.86601% | 7100-000 | | $174.81 | $1,501.47 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $3,935.50 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-08977 | Trustee Name: Frances Gecker |
| Case Name: JAMES P. PIECZONKA | Bank Name: The Bank of New York Mellon |
| LUCY PIECZONKA | Account Number/CD#: XXXXXX7270 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX7342 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/09/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/14 | 10011 | ELAN FINANCIAL SERVICES<br><br>AS SERVICER FOR ASSOCIATED BANK BUSINESS BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000007, Payment 0.86597% | 7100-000 | | $144.68 | $1,356.79 |
| 09/19/14 | 10012 | ELAN FINANCIAL SERVICES<br><br>AS SERVICER FOR ASSOCIATED BANK BUSINESS BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000008, Payment 0.86598% | 7100-000 | | $190.99 | $1,165.80 |
| 09/19/14 | 10013 | ELAN FINANCIAL SERVICES AS SERVICER<br><br>FOR ASSOCIATED BANK BUSINESS BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000009, Payment 0.86600% | 7100-000 | | $297.27 | $868.53 |
| 09/19/14 | 10014 | JEFFERSON CAPITAL SYSTEMS LLC<br><br>PURCHASED FROM GLOBAL ACCEPTANCE CREDIT PO BOX 7999 SAINT CLOUD MN 56302-9617 ORIG BY: CHASE BANK USA | Claim 000010, Payment 0.86562% | 7100-000 | | $9.35 | $859.18 |
| 09/19/14 | 10015 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>SUCCESSOR TO CAPITAL ONE, N.A. PO BOX 41067 NORFOLK, VA 23541 | Claim 000011, Payment 0.86605% | 7100-000 | | $84.29 | $774.89 |
| 09/19/14 | 10016 | AMERICAN EXPRESS BANK, FSB<br><br>C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000012, Payment 0.86590% | 7100-000 | | $20.36 | $754.53 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $746.94 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-08977 | Trustee Name: Frances Gecker | |
| Case Name: JAMES P. PIECZONKA | Bank Name: The Bank of New York Mellon | |
| LUCY PIECZONKA | Account Number/CD#: XXXXXX7270 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX7342 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/09/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/14 | 10017 | DIANA PIECZONKA<br><br>4322 HAMMERSMITH LN<br>GLENVIEW, IL 60026 | Claim 000013, Payment 0.86598% | 7100-000 | | $362.09 | $392.44 |
| 09/19/14 | 10018 | MICHAEL PIECZONKA<br><br>7720 W TOUHY STE D<br>CHICAGO, IL 60631 | Claim 000014, Payment 0.86601% | 7100-000 | | $392.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $8,000.00 | $0.00 |
| Subtotal | $0.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $8,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page Subtotals: $0.00 $754.53

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7270 - GENERAL CHECKING | $0.00 | $8,000.00 | $0.00 |
| XXXXXX9322 - GENERAL CHECKING | $8,000.00 | $0.00 | $0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |